**GEORGE BEAN LAW**
George H. Bean (SBN 306016)
*george@georgebeanlaw.com*
340 E. 1st Street, #1127
Tustin, CA 92781
Telephone: (714) 904-9338

Attorney for Plaintiff, Brendan Potyondy

**LEECH TISHMAN NELSON HARDIMAN, INC.**
Fadi K. Rasheed (SBN 267175)
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (424) 738-4400
*frasheed@leechtishman.com*

Attorneys for Defendant Pacific Coast Energy Company, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN POTYONDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST ENERGY COMPANY, LP, a Delaware limited partnership, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-09151-JLS-CTS<br><br>Hon. Josephine L. Staton<br><br>**JOINT STATEMENT OF THE CASE**<br><br><u>Final Pretrial Conference</u>:<br><br>Date: July 17, 2026<br>Time: 10:30 a.m.<br>Dept: 8A<br><br>Action Filed: October 23, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant PACIFIC COAST ENERGY COMPANY, LP and Plaintiff BRENDAN POTYONDY hereby files their Joint Statement of the Case, as follows:

This is an employment case. Plaintiff Brendan Potyondy was employed by defendant Pacific Coast Energy Company, LP from approximately February 2022 until January 2024. Pacific Coast Energy is an independent energy company that operates oil and gas wells in California.

Mr. Potyondy claims that, during his employment, he reported to Pacific Coast Energy's management, and later to the United States Securities and Exchange Commission, conduct that he believed involved inaccurate reporting of oil and gas reserves, well counts, and related financial information affecting the Pacific Coast Oil Trust and its investors. He claims that Pacific Coast Energy retaliated against him and ended his employment because of those reports, in violation of the whistleblower-protection provision of the Sarbanes-Oxley Act.

Pacific Coast Energy denies Mr. Potyondy's claims. It denies that Mr. Potyondy engaged in any activity protected by the Sarbanes-Oxley Act and denies that it retaliated against him. Pacific Coast Energy contends that Mr. Potyondy's employment ended for legitimate business reasons unrelated to any protected activity, including a decision to obtain engineering services through outside contractors.

It will be your job to decide whether Mr. Potyondy has proven his claim and, if so, what damages, if any, he should recover.

/ / /

/ / /

/ / /

/ / /

Date: July 10, 2026

**GEORGE BEAN LAW**

*/s/ George H. Bean*
George H. Bean, Attorney for Plaintiff, Brendan Potyondy

Date: July 10, 2026

**LEECH TISHMAN NELSON HARDIMAN, INC.**

*/s/ Fadi K. Rasheed*
Fadi K. Rasheed, Attorney for Defendant, Pacific Coast Energy Company, LP

**PROOF OF SERVICE - §1013a CODE OF CIVIL PROCEDURE, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

***Brendan Potyondy v. Pacific Coast Energy Company, LP***
Case No. 2:24-cv-09151-JLS-CTS

I am employed in the County of Los Angeles by the law firm of Leech Tishman Nelson Hardiman, Inc. ("LTNH"); I am over the age of eighteen years and not a party to the above-captioned action; my business address is: 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024.

On July 10, 2026 I served the following document(s) described as

- **JOINT STATEMENT OF THE CASE**

on the interested parties in this action to the addressee(s) as listed on the attached service list:

☐ BY MAIL I placed a true and correct copy of the above document(s) in a sealed envelope addressed to the addressee(s) on the attached service list. I deposited such sealed envelope, with postage fully prepaid, for collection and mailing by the United States Postal Service following the ordinary business practices of LTNH. I am readily familiar with LTNH's practice for collection and processing of correspondence for mailing, under which such correspondence is collected by, and deposited with, the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☒ BY ELECTRONIC MAIL OR TRANSMISSION Based on a court order, the federal laws, or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person at the e-mail addresses listed on the attached service list or through the court's electronic filing service provider. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☐ BY FEDERAL EXPRESS I placed a true and correct copy of the above document(s) in a sealed envelope addressed to the addressee(s) on the attached service list. I caused such envelope to be delivered to the addressee(s) at the address(es) set forth on the attached service list by overnight delivery. I am readily familiar with the firm's practice for collection and processing of correspondence for overnight mail/Federal Express, under which such correspondence is deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) as listed on the attached service list.

☐ BY PERSONAL SERVICE I placed a true and correct copy of the above document(s) in a sealed envelope addressed to the addressee(s) on the attached service list. I caused the foregoing document(s) in such sealed envelope to be hand-delivered to the offices of the addressee(s) as listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 10, 2026 at Los Angeles, California.

*/s/ Dea Collins*
Dea Collins

**SERVICE LIST**

***Brendan Potyondy v. Pacific Coast Energy Company, LP***
Case No. 2:24-cv-09151-JLS-CTS

**GEORGE BEAN LAW**
George H. Bean (SBN 306016)
*george@georgebeanlaw.com*
340 E. 1st Street, #1127
Tustin, CA 92781
Telephone: (714) 904-9338

Attorney for Plaintiff, BRENDAN POTYONDY