**GEORGE BEAN LAW**
George H. Bean (SBN 306016)
*george@georgebeanlaw.com*
340 E. 1st Street, #1127
Tustin, CA 92781
Telephone: (714) 904-9338

Attorney for Plaintiff, Brendan Potyondy

**LEECH TISHMAN NELSON HARDIMAN, INC.**
Fadi K. Rasheed (SBN 267175)
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (424) 738-4400
*frasheed@leechtishman.com*

Attorneys for Defendant Pacific Coast Energy Company, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRENDAN POTYONDY, an individual,

Plaintiff,

v.

PACIFIC COAST ENERGY COMPANY, LP, a Delaware limited partnership, and DOES 1 through 25, inclusive,

Defendants.

CASE NO. 2:24-cv-09151-JLS-CTS

Hon. Josephine L. Staton

**JOINT EXHIBIT LIST**

Final Pretrial Conference:

Date: July 17, 2026
Time: 10:30 a.m.
Dept: 8A

Action Filed: October 23, 2024

| JOINT EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| Case Name: Brendan Potyondy v. Pacific Coast Energy Company, LP | | | | | |
| Case Number: 2:24-cv-09151-JLS-CTS | | | | | |
| No. of Exhibit | Description | Stip. To Authent. | Stip to Admiss. | Date Identified | Date Admitted |
| 1 | Reservoir Engineer Job Description | | | | |
| 2 | Brendan Potyondy's Resume | | | | |
| 3 | Summary of Trust Distributions to Unitholders | | | | |
| 4 | Form 8-K filed by Pacific Coast Oil Trust on December 21, 2020 | | | | |
| 5 | Form 8-K filed by Pacific Coast Oil Trust on November 12, 2024 | | | | |
| 6 | Form 8-K filed by Pacific Coast Oil Trust on July 11, 2025 | | | | |
| 7 | Plaintiff's SEC Complaint dated August 29, 2023 | | | | |
| 8 | Plaintiff's SEC Complaint dated August 28, 2023 | | | | |
| 9 | Martindale Report Dated December 21, 2020 | | | | |
| 9 | March 21, 2022 email to Rob Foss | | | | |
| 10 | August 8, 2022 email from Brett Hryszko | | | | |
| 11 | March 15, 2023 email with Patrick Glenn (thread) | | | | |
| 12 | March 23, 2023 email to Philip Brown (thread) | | | | |
| 13 | June 23, 2023 email to Lisa Toler | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 14 | October 19, 2023 email to Klaus Hasbo with attachment | | | | |
| 15 | November 10, 2023 email with Patrick Glenn (thread) | | | | |
| 16 | December 7, 2023 email from William Dale | | | | |
| 17 | PCEC's Responses to Requests for Admission, Set One | | | | |
| 18 | PCEC's Responses to Special Interrogatories, Set One | | | | |
| 19 | Potyondy's contemporaneous notes, PLAINTIFF'S INITIAL DISCLOSURES #01188 | | | | |
| 20 | Potyondy's contemporaneous notes, PLAINTIFF'S PRODUCTION ## 01777-01800 | | | | |
| 21 | Baudelia Lara – LinkedIn Profile Page | | | | |
| 22 | Nikolajs Batarags – LinkedIn Profile Page | | | | |
| 23 | Glassdoor Job Posting for Reservoir Engineer | | | | |
| 24 | WayUp Job Posting for Reservoir Engineer | | | | |
| 25 | WayUp Job Posting Code | | | | |
| 26 | Brendan Potyondy's Wage Statements and W-2 | | | | |
| 27 | Brendan Potyondy's Job Search Records | | | | |
| 28 | October 15, 2025 email from Dept. of Conservation | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 29 | Brendan Potyondy Medical Records | | | | |
| 30 | Capital Group Retirement Account Summary | | | | |
| 31 | Fidelity Investments Statement | | | | |
| 32 | Vanguard Statement | | | | |
| 33 | Empower Premier Traditional IRA Statement | | | | |
| | | | | | |
| 34 | Arbitration Agreement 000001- 000004 | | | | |
| 35 | Worksite Employee Acknowledgment 000011 - 000013 | | | | |
| 36 | Policy Against Harassment, Discrimination, and Retaliation 000067 - 000069 | | | | |
| 37 | Wage records 000087 – 000134 | | | | |
| 38 | W2 000137 | | | | |
| 39 | Emails re moving expenses 000139 – 000142 | | | | |
| 40 | Separation Agreement and General Release 000143 – 000150 | | | | |
| 41 | Emails regarding termination 000151 – 000152 | | | | |
| 42 | Employee Benefit Enrollment Guide 000153 – 000181 | | | | |
| 43 | Email Threat 000182 – 000214 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 44 | Plaintiff discovery responses | | | | |
| 45 | Plaintiff discovery responses | | | | |
| 46 | Email correspondence between Brendan Potyondy and Philip Brown | | | | |
| 47 | Documents concerning Plaintiff's post-separation employment efforts and earnings | | | | |
| 48 | Job Application Materials | | | | |
| 49 | Job Application Materials | | | | |
| 50 | Job Application Materials | | | | |
| 51 | Job Application Materials | | | | |
| 52 | Job Application Materials | | | | |
| 53 | Email correspondence between Brendan Potyondy and Philip Brown | | | | |
| 54 | Email chain | | | | |
| 55 | Deposition transcript of Brendan Potyondy | | | | |
| 56 | | | | | |

Date: July 10, 2026

**GEORGE BEAN LAW**

*/s/ George H. Bean*
George H. Bean, Attorney for Plaintiff, Brendan Potyondy

Date: July 10, 2026

**LEECH TISHMAN NELSON HARDIMAN, INC.**

*/s/ Fadi K. Rasheed*
Fadi K. Rasheed, Attorney for Defendant, Pacific Coast Energy Company, LP

**PROOF OF SERVICE - §1013a CODE OF CIVIL PROCEDURE, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

***Brendan Potyondy v. Pacific Coast Energy Company, LP***
Case No. 2:24-cv-09151-JLS-CTS

I am employed in the County of Los Angeles by the law firm of Leech Tishman Nelson Hardiman, Inc. ("LTNH"); I am over the age of eighteen years and not a party to the above-captioned action; my business address is: 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024.

On July 10, 2026 I served the following document(s) described as

- **JOINT EXHIBIT LIST**

on the interested parties in this action to the addressee(s) as listed on the attached service list:

☐ BY MAIL I placed a true and correct copy of the above document(s) in a sealed envelope addressed to the addressee(s) on the attached service list. I deposited such sealed envelope, with postage fully prepaid, for collection and mailing by the United States Postal Service following the ordinary business practices of LTNH. I am readily familiar with LTNH's practice for collection and processing of correspondence for mailing, under which such correspondence is collected by, and deposited with, the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☒ BY ELECTRONIC MAIL OR TRANSMISSION Based on a court order, the federal laws, or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person at the e-mail addresses listed on the attached service list or through the court's electronic filing service provider. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☐ BY FEDERAL EXPRESS I placed a true and correct copy of the above document(s) in a sealed envelope addressed to the addressee(s) on the attached service list. I caused such envelope to be delivered to the addressee(s) at the address(es) set forth on the attached service list by overnight delivery. I am readily familiar with the firm's practice for collection and processing of correspondence for overnight mail/Federal Express, under which such correspondence is deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) as listed on the attached service list.

☐ BY PERSONAL SERVICE I placed a true and correct copy of the above document(s) in a sealed envelope addressed to the addressee(s) on the attached service list. I caused the foregoing document(s) in such sealed envelope to be hand-delivered to the offices of the addressee(s) as listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 10, 2026 at Los Angeles, California.

*/s/ Dea Collins*
Dea Collins

# SERVICE LIST

***Brendan Potyondy v. Pacific Coast Energy Company, LP***
Case No. 2:24-cv-09151-JLS-CTS

**GEORGE BEAN LAW**
George H. Bean (SBN 306016)
*george@georgebeanlaw.com*
340 E. 1st Street, #1127
Tustin, CA 92781
Telephone: (714) 904-9338

Attorney for Plaintiff, BRENDAN POTYONDY