# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | LA 24CV09151 JLS (CTS) | **Title** | Brendan Potyondy v. Pacific Coast Energy Company, LP |
| **Judge** | Josephine L. Staton | | |
| **Dates of Trial or Hearing** | 9/8/26 - 9/11/26 | | |
| **Court Reporters or Tape No.** | Miranda Algorri | | |
| **Deputy Clerks** | Daniel Torrez | | |

FILED
CLERK, U.S. DISTRICT COURT
9/11/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| George Bean | Fadi Rasheed |
| | Hailey Phelan |
| | Kathryn McGuigan |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached exhibit list | |
| | | | | | | See attached witness list | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN POTYONDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST ENERGY COMPANY, LP, a Delaware limited partnership, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-09151-JLS-CTS<br><br>Hon. Josephine L. Staton<br><br>**WITNESS LIST**<br><br><u>Final Pretrial Conference</u>:<br><br>Date: July 17, 2026<br>Time: 10:30 a.m.<br>Dept: 8A<br><br>Action Filed: October 23, 2024 |

| AMENDED JOINT WITNESS LIST | | | | | |
|---|---|---|---|---|---|
| Case Name: Brendan Potyondy v. Pacific Coast Energy Company, LP | | | | | |
| Case Number: 2:24-cv-09151-JLS-CTS | | | | | |
| No. of Witness | Witness Name | Party Calling Witness and Estimate | | Date: | |
| 1 | Brendan Potyondy | Plaintiff: 4 hours | | 9/8 9/9 | |
| 2 | Carson Mitchell | Plaintiff: 2 hours | | | |
| 3 | Brian Baumler | Plaintiff: 2 hours | | | |
| 4 | Ashley Smith | Plaintiff: 1 hour | | | |
| 5 | Patrick Glenn | Plaintiff: 2 hours | | | |
| 6 | Klaus Hasbo | Plaintiff: 2 hours | | 9/10 | |
| 7 | Philip Brown | Plaintiff: 2 hours | | | |
| 8 | Lisa Toler | Plaintiff: 1 hour | | | |
| 9 | Robert Foss | Plaintiff: 1 hour | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Scott Wood | Plaintiff: 2 hours | | | |
| 11 | William Dale | Plaintiff: 1 hour | | | |
| 12 | Matthew Kucirek | Plaintiff: 1 hour | | 9/9 | |
| 13 | Baudelia Lara | Plaintiff: 1 hour | | 9/9 | |
| 14 | Nikolajs Batarags | Plaintiff: 1 hour | | 9/9 | |
| 15 | Dr. Sean Christiansen | Plaintiff: 1 hour | | | |
| 16 | Cathy Knudsen | Plaintiff: 1 hour | | | |
| 17 | Erika Castro | Plaintiff: 1 hour | | | |
| 18 | Klaus Hasbo | Defendant: 2 hours | | | |
| 19 | Patrick Glenn | Defendant: 2 hours | | | |
| 20 | Philip Brown | Defendant: 2 hours | | 9/9 | |
| 21 | William Dale | Defendant: 2 hours | | | |
| 22 | Lisa Toler | Defendant: 1 hour | | | |
| 23 | Rob Foss | Defendant: 1 hour | | | |
| 24 | Don LeBlanc | Defendant: 1 hour | | | |
| 25 | Brendan Potyondy | Defendant: 2 hours | | | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRENDAN POTYONDY, an individual,

Plaintiff,

v.

PACIFIC COAST ENERGY COMPANY, LP, a Delaware limited partnership, and DOES 1 through 25, inclusive,

Defendants.

CASE NO. 2:24-cv-09151-JLS-CTS

Hon. Josephine L. Staton

**EXHIBIT LIST**

Final Pretrial Conference:
Date: July 17, 2026
Time: 10:30 a.m.
Dept: 8A

Action Filed: October 23, 2024

| JOINT EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| Case Name: Brendan Potyondy v. Pacific Coast Energy Company, LP | | | | | |
| Case Number: 2:24-cv-09151-JLS-CTS | | | | | |
| No. of Exhibit | Description | Stip. To Authent. | Stip to Admiss. | Date Identified | Date Admitted |
| 1 | Reservoir Engineer Job Description | No | No | 9/8 | 9/8 9/8 |
| 2 | Brendan Potyondy's Resume | Yes | Yes | 9/8 | 9/8 |
| 3 | Summary of Trust Distributions to Unitholders | Yes | No | | |
| 4 | Form 8-K filed by Pacific Coast Oil Trust on December 21, 2020 | Yes | No | | |
| 5 | Form 8-K filed by Pacific Coast Oil Trust on November 12, 2024 | Yes | No | | |
| 6 | Form 8-K filed by Pacific Coast Oil Trust on July 11, 2025 | Yes | No | 9/9 | 9/9 |
| 7 | Plaintiff's SEC Complaint dated August 29, 2023 | Yes | Yes | 9/9 | 9/9, 9/10 |
| 8 | Plaintiff's SEC Complaint dated August 28, 2023 | Yes | Yes | 9/9 | 9/9, 9/10 |
| 9 | Martindale Report Dated December 21, 2020 | No | No | | |
| 10 | March 21, 2022 email to Rob Foss | Yes | Yes | 9/8 | 9/8, 9/9 |
| 11 | March 15, 2023 email with Patrick Glenn (thread) | Yes | Yes | 9/8 | 9/8, 9/9 |
| 12 | March 23, 2023 email to Philip Brown (thread) | Yes | Yes | 9/8 | 9/8, 9/9, 9/10 |
| 13 | June 23, 2023 email to Lisa Toler | Yes | Yes | 9/8 | 9/8, 9/9 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | October 19, 2023 email to Klaus Hasbo with attachment | Yes | Yes | | |
| 15 | November 10, 2023 email with Patrick Glenn (thread) | Yes | Yes | 9/8 | 9/8, 9/9 |
| 16 | December 7, 2023 email from William Dale | Yes | Yes | | |
| 17 | PCEC's Responses to Requests for Admission, Set One | Yes | Yes | 9/9 | 9/9 |
| 18 | PCEC's Responses to Special Interrogatories, Set One | Yes | Yes | 9/9 | 9/9 |
| 19 | Potyondy's contemporaneous notes, PLAINTIFF'S INITIAL DISCLOSURES #01188 | No | No | | |
| 20 | Potyondy's contemporaneous notes, PLAINTIFF'S PRODUCTION ## 01777-01800 | No | No | | |
| 21 | Baudelia Lara – LinkedIn Profile Page | No | No | 9/9 | 9/9 |
| 22 | Nikolajs Batarags – LinkedIn Profile Page | No | No | 9/9 | 9/9 |
| 23 | Glassdoor Job Posting for Reservoir Engineer | No | No | 9/8 | 9/8, 9/9 |
| 24 | WayUp Job Posting for Reservoir Engineer | No | No | 9/9 | 9/9 |
| 25 | WayUp Job Posting Code | No | No | 9/9 | 9/9 |
| 26 | Brendan Potyondy's Wage Statements and W-2 | Yes | Yes | 9/8 | 9/8 |
| 27 | Brendan Potyondy's Job Search Records | Yes | Yes | | |
| 28 | October 15, 2025 email from Dept. of Conservation | No | No | 9/8 | 9/8 |

| | | | | | |
|---|---|---|---|---|---|
| 29 | Brendan Potyondy Medical Records | Yes | Yes | | |
| 30 | Capital Group Retirement Account Summary | Yes | Yes | 9/8 | 9/8 |
| 31 | Fidelity Investments Statement | Yes | Yes | 9/8 | 9/8 |
| 32 | Vanguard Statement | Yes | Yes | 9/8 | 9/8 |
| 33 | Empower Premier Traditional IRA Statement | Yes | Yes | 9/8 | 9/8 |
| | | | | | |
| 34 | Arbitration Agreement 000001- 000004 | Yes | Yes | | |
| 35 | Worksite Employee Acknowledgment 000011 - 000013 | Yes | Yes | 9/9 | 9/9 |
| 36 | Policy Against Harassment, Discrimination, and Retaliation 000067 - 000069 | Yes | Yes | 9/9 | 9/9 |
| 37 | Emails re moving expenses 000139 – 000142 | Yes | Yes | 9/9 | 9/9 |
| 38 | Separation Agreement and General Release 000143 – 000150 | Yes | Yes | | |
| 39 | Emails regarding termination 000151 – 000152 | Yes | Yes | 9/9 | 9/9 |
| 40 | Employee Benefit Enrollment Guide 000153 – 000181 | Yes | Yes | | |
| 41 | Email Thread 000182 – 000214 | Yes | Yes | 9/10 | 9/10 |
| 42 | Plaintiff's Response to Interrogatories | Yes | Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 43 | January 10, 2026 Deposition Transcript of Brendan Potyondy | Yes | Yes | | |
| 44 | March 10, 2023 Email correspondence between Brendan Potyondy and Philip Brown | Yes | Yes | 9/9 | 9/9 |
| 45 | Documents concerning Plaintiff's post-separation employment efforts and earnings | Yes | Yes | | |
| 46 | Email correspondence between Brendan Potyondy and Patrick Glenn | Yes | Yes | | |
| 47 | August 8, 2022 Email From Brett Hryszko | Yes | Yes | | |
| 48 | August 28, 2026 Deposition transcript of Brendan Potyondy | Yes | Yes | | |