JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDAN POTYONDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST ENERGY COMPANY, LP, a Delaware limited partnership, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-09151-JLS-CTS<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for trial on September 8, 2026, before the Honorable Josephine L. Staton, United States District Judge, and a duly empaneled and sworn jury. Plaintiff Brendan Potyondy appeared through his counsel of record, and Defendant Pacific Coast Energy Company, LP ("PCEC") appeared through its counsel of record.

The parties presented their evidence and arguments, and the Court instructed the jury on the law. The jury deliberated and, on September 11, 2026, returned a Special Verdict, which was filed with the Court. (Doc. 125.).

By its Special Verdict, the jury found in favor of Defendant PCEC and against Plaintiff Brendan Potyondy on Plaintiff's claim for whistleblower retaliation under Section 806 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. § 1514A.

NOW, THEREFORE, in accordance with the jury's Special Verdict and pursuant to Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Defendant Pacific Coast Energy Company, LP, and against Plaintiff Brendan Potyondy, on all claims asserted in this action.

2. Plaintiff Brendan Potyondy shall take nothing by way of his Complaint, and this action is dismissed on the merits with prejudice.

3. Defendant Pacific Coast Energy Company, LP, as the prevailing party, shall recover its costs of suit from Plaintiff Brendan Potyondy pursuant to Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920, in an amount to be taxed by the Clerk upon the timely filing of a bill of costs in accordance with Local Rule 54-1 *et seq.*

4. Any award of costs shall bear post-judgment interest at the legal rate from the date of entry of this Judgment until paid, pursuant to 28 U.S.C. § 1961.

Dated: September 17, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE